Chad Dunigan, Esq. (SBN 204946)
Koeller, Nebeker, Carlson & Haluck, LLP
3010 Lava Ridge Court, Suite 160
Roseville, CA, 95661
916-724-5700; fax: 916-788-2850

Attorneys for Defendant
JOHN F. OTTO, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA—SACRAMENTO DIVISION

| | |
|---|---|
| CLARENDON AMERICA INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> MATRISCOPE, INC.; and JOHN F. OTTO, INC., <br><br> Defendants. | CASE NO. 207-CV-00861-MCE-GGH <br><br> **STIPULATION OF COUNSEL EXTENDING THE TIME FOR JOHN F. OTTO, INC., TO FILE A RESPONSE TO THE COMPLAINT AND PROPOSED ORDER** |

Counsel for Plaintiff, Clarendon America Insurance Company, hereby agrees to extend the time for Defendant, John F. Otto, Inc. to file a responsive pleading to the Complaint up to and including July 25, 2007.

IT IS SO STIPULATED.

DATED: July 2, 2007.                           BOORNAZIAN, JENSEN & GARTHE

/s/ Lucas J. Oloma
ALAN E. SWERDLOW
LUCAS J. OLONA
Counsel for Plaintiff Clarendon America Insurance Company

1

STIPULATION OF COUNSEL EXTENDING THE TIME FOR JOHN F. OTTO, INC. TO RESPOND…207-CV-00861-MCE-GGH

94134

1  DATED: July 2, 2007                          KOELLER, NEBEKER, CARLSON &
2                                               HALUCK, LLP
3
4                                               /s/ Chad. N. Dunigan_____
                                                CHAD N. DUNIGAN
5                                               Counsel for Defendant JOHN F. OTTO, INC.
6
7  **IT IS SO ORDERED.**
8
   **DATED:** July 12, 2007
9
10                                              _____
11                                              MORRISON C. ENGLAND, JR
                                                UNITED STATES DISTRICT JUDGE