IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENDON AMERICA
INSURANCE COMPANY,

    Plaintiff,                           CIV-S-07-0861 MCE GGH

  vs.

MATRISCOPE, INC., and
JOHN OTTO, INC.,

    Defendant.                         ORDER
_____/

        On May 5, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

        Accordingly, the court presumes any findings of fact are correct. See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Findings and Recommendations in full.

\\\\\

1

Accordingly, IT IS ORDERED that:

1. The Findings and Recommendations filed May 5, 2008, are ADOPTED; and

2. Plaintiff's application for entry of default judgment is GRANTED. Judgment for declaratory relief is rendered pursuant to Fed. R. Civ. P. 54(b) to the effect that plaintiff has no duty to defend or indemnify defendant Matriscope Inc. against claims asserted in the state court lawsuit filed by Natomas Park Master Association, case number 06AS03360, filed in the Superior Court of California, County of Sacramento.

Dated: August 4, 2008

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE